449 F.2d 1306
 CENTURY ARMS, INC., Appellant,
v.
David KENNEDY, Secretary of the Treasury, Appellee.
 No. 140, Docket 71-1622.
 United States Court of Appeals,
Second Circuit.
 Argued Oct. 19, 1971.
Decided Nov. 8, 1971.
 
 Thomas C. Green, Washington, D. C. (David G. Bress, Ginsburg, Feldman & Bress, Washington, D. C., Joseph A. McNamara, McNamara, Fitzpatrick & Sylvester, Burlington, Vt., on the brief), for appellant.
 Norman Cohen, Asst. U. S. Atty., Rutland, Vt. (George W. F. Cook, U. S. Atty., District of Vermont, Rutland, Vt., on the brief), for appellee.
 Before MEDINA, MANSFIELD and MULLIGAN, Circuit Judges.
 PER CURIAM:
 
 
 1
 We affirm on the comprehensive and well reasoned opinion of Judge Oakes, below, reported at 323 F.Supp. 1002.